#MCAO 21474

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. **7:19-cr-2338-7** |
| vs. | § § | Pending in the Southern District of Texas |
| **Raul Zamora, Jr.** | § § | McAllen, Texas |

Bond Set: $30,000 w/ deposit of $1,000

### AFFIDAVIT OF OWNERSHIP OF SECURITY
### FOR APPEARANCE BOND

I, **Jorge Antonio Alvarez**, on oath hereby declare that I am the owner of **$1,000** deposited as security on the bond for the above named defendant with Cash. Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Jorge Antonio Alvarez

I, **Jorge Antonio Alvarez**, as owner, hereby subject said funds to the provisions of Local Rule 15 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

_____
Jorge Antonio Alvarez, owner

SWORN TO AND SUBSCRIBED BEFORE ME ON __12/4/2019__

DAVID J. BRADLEY, CLERK

BY: _____
Deputy Clerk Nelida Losoya